UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| RANCE CEASAR HILL, | ) | Case No. CV 06-5367 JSL (AJW) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| MALSI, | ) | |
| Respondent. | ) | |

**It is hereby adjudged** that the petition for a writ of habeas corpus is denied.

Dated: October 5, 2010

*/s/ Spencer Letts*

_____
J. Spencer Letts
Senior United States District Judge